IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| WAYNE ISLER, JR. AND SHAWNY APRIL ISLER, | ) ) ) | Civil Action No. _____ |
| Plaintiffs, | ) | |
| vs. | ) ) | **NOTICE OF REMOVAL** |
| U.S. PROPERTIES GROUP, INC., USPG FRANKLIN, LLC AND HOBBY LOBBY STORES, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

TO:   THOMAS A. KILLOREN, JR., ESQUIRE, ATTORNEY FOR WAYNE ISLER, JR. AND SHAWNY APRIL ISLER:

YOU WILL PLEASE TAKE NOTICE that the Defendant, Hobby Lobby Stores, Inc., removes the above-captioned case from the Circuit Court of Spartanburg County, South Carolina, into the United States District Court, District of South Carolina, Spartanburg Division. This removal is proper on the following grounds:

1.   A civil action has been commenced and is now pending in the Circuit Court of Spartanburg County, State of South Carolina, styled *Wayne Isler, Jr. and Shawny April Isler v. U.S. Properties Group, Inc., USPG Franklin, LLC and Hobby Lobby Stores, Inc.,* Civil Action Number 2018-CP-42-04100 filed November 27, 2018. (Plaintiff's Complaint Attached as **Exhibit A**).

2.   This action is one in which the United States District Courts have original jurisdiction, because the action involves a controversy which is wholly between citizens of different states, in that upon information and belief, the Plaintiffs were at the time of the commencement of this action, and still are, citizens of the State of South Carolina. Defendant

U.S. Properties Group, Inc., is incorporated in the State of Delaware with its principal place of business in a State other than South Carolina. Defendant USPG Franklin, LLC, is a limited liability company incorporated in the State of Delaware with its principal place of business in a State other than South Carolina. (USPG Franklin, LLC's Corporate filing with the South Carolina Secretary of State Attached as **Exhibit B**). Defendant Hobby Lobby Stores, Inc., is incorporated in the State of Oklahoma with its principal place of business in a State other than South Carolina.

3. Defendant is entitled to removal of the aforesaid action to this Court because complete diversity of citizenship exists between the Plaintiffs and the Defendants and the amount in the controversy exceeds the jurisdictional amount required by 28 U.S.C. § 1332.

4. This action was commenced by service of the Summons and Complaint, attached hereto as **Exhibit A**, effectuated by Certified Mail on November 27, 2018. Pursuant to 28 U.S.C. § 1446, this Notice of Removal is filed within thirty (30) days of service upon the Defendant of the initial pleadings setting forth the claim upon which relief is requested. This Defendant will serve an Answer or responsive pleading as provided by law.

5. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

6. In accordance with 28 U.S.C. § 1446(d) Removing Defendant is serving this Notice of Removal on counsel for Plaintiff, and also filing a copy of the Notice of Removal with the Clerk of Court for Spartanburg County.

WHEREFORE, this Defendant gives notice that the aforesaid action is removed from the Circuit Court of Spartanburg County, State of South Carolina, and to this Court for trial and determination.

**(SIGNATURE ON FOLLOWING PAGE)**

Respectfully submitted,

McANGUS GOUDELOCK & COURIE, L.L.C.

s/Charles O. Williams, III_____
Charles O. Williams, III (Federal ID # 8010)
Zachary S. Brown (Federal ID # 12780)
Post Office Box 2980
55 East Camperdown Way, Suite 300 (29601)
Greenville, South Carolina 29602
(864) 239-4000

ATTORNEYS FOR DEFENDANT, HOBBY LOBBY STORES, INC.

Greenville, South Carolina
December 13, 2018