UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| WAYNE ISLER, JR. AND SHAWNY APRIL ISLER, | ) CASE NO. 7:18-cv-03446-BHH ) ) |
| PLAINTIFFS, | ) STIPULATION OF DISMISSAL ) |
| -vs- | ) ) |
| USPG FRANKLIN, LLC, USPG PORTFOLIO TWO, LLC AND HOBBY LOBBY STORES, INC., | ) ) ) ) |
| DEFENDANTS. | ) ) |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, Wayne Isler, Jr. & Shawny April Isler, through their counsel, hereby stipulate to the dismissal of this action, including all of the claims and causes of action, **with prejudice**, each party to bear their/its own costs.

**WE MOVE:**

/s/ Thomas A. Killoren, Jr.
Thomas A. Killoren, Fed. ID # 7721
P O Box 3547
Spartanburg, South Carolina 29304
Phone: 864-585-5100
Fax: 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
Email: tom@spartanlaw.com

ATTORNEY FOR PLAINTIFFS

**WE CONSENT:**

/s/ Frank S. Stern
Frank S. Stern, Fed. ID # 12598
Post Office Box 1509
Greenville, South Carolina 29602
Phone: 864-552-4636
Fax: 864-282-5997
Email: FStern@turnerpadget.com

ATTORNEY FOR USPG FRANKLIN, LLC & USPG PORTFOLIO TWO, LLC

/s/Charles O. Williams
Charles O. Williams, Fed. ID # 8010
Post Office Box 2980
Greenville, South Carolina 29602
Phone: 864-239-4000
Fax: 864-242-3199
Email: cwilliams@mgclaw.com

ATTORNEY FOR HOBBY LOBBY STORES, INC.